McGREGOR W. SCOTT
United States Attorney
DEBORA G. LUTHER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720

Attorneys for Defendants
United States of America and
Department of the Interior
[Bureau of Indian Affairs]
(collectively, "Federal Defendants")

FILED

JUL 19 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROBINSON; SPENCER ROBINSON, JR.; RICKE ROBINSON; CYNTHIA ROBINSON; VICKIE ROBINSON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, as Trustee for the Indians of the Mooretown Rancheria, aka MAIDU INDIANS OF CALIFORNIA, DEPARTMENT OF THE INTERIOR [BUREAU OF INDIAN AFFAIRS] and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO. CIV S-04-0734 DFL/KJM <br><br> FEDERAL DEFENDANTS' AMENDED ANSWER |

Defendants UNITED STATES OF AMERICA and DEPARTMENT OF THE INTERIOR [Bureau of Indian Affairs] (hereafter, "Federal Defendants") in answer to plaintiffs' complaint, admit, deny and affirmatively aver as follows:

PRELIMINARY STATEMENT AND JURISDICTION

1. With respect to the allegations contained in ¶ 1 of plaintiffs' complaint, federal defendants admit that the United States holds title to some but not all of the parcels comprising the subject

1

servient tenement in trust for the Mooretown Rancheria of Maidu Indians of California. Federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegation that the easement is described in Exhibit 1 to the complaint and therefore deny the same. Federal defendants affirmatively aver that the Mooretown Rancheria of Maidu Indians of California is a federally-recognized tribe. Federal defendants deny the remaining allegations contained in said paragraph.

2. With respect to the allegations contained in ¶ 2 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegation of ownership of the dominant tenements contained in said paragraph and therefore deny the same.

3. With respect to the allegations contained in ¶ 3 of plaintiffs' complaint, federal defendants admit that the United States holds title to some but not all of the parcels comprising the subject servient tenement as well as its interest in the easement in trust for the federally-recognized Mooretown Rancheria of Maidu Indians of California. Federal defendants deny the remaining allegations in said paragraph.

4. Paragraph 4 of plaintiffs' complaint contains conclusions of law, to which no response is required. To the extent that any factual allegations are contained therein, each is denied.

5. With respect to the allegations contained in ¶ 5 of plaintiffs' complaint, federal defendants admit that the real property that is the subject of plaintiffs' actions is located within the Eastern District of California. The remainder of said paragraph contains conclusions of law, to which no response is required. To the extent that any factual allegations are contained therein, each is denied.

6. With respect to the allegations contained in ¶ 6 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

7. With respect to the allegations contained in ¶ 7 of plaintiffs' complaint, federal defendants admit that the United States is the trustee and co-ow ner of subject easement. Federal defendants deny the remainder of plaintiffs' allegations in said paragraph.

8. Federal defendants admit the allegations contained in ¶ 8 of plaintiffs' complaint.

1    9. Federal defendants admit the allegations contained in ¶ 9 of plaintiffs' complaint.

2    10. Paragraph 10 of plaintiffs' complaint contains conclusions of law, to which no response is required. To the extent that any factual allegations are contained therein, each is denied.

11. With respect to the allegations contained in ¶ 11 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

12. With respect to the allegations contained in ¶ 12 of plaintiffs' complaint, federal defendants admit that a claim was presented to the Bureau of Indian Affairs, and further aver that said claim was denied on April 23, 2004. The remaining allegations contained in said paragraph contain conclusions of law, to which no response is required.

### Predicate Factual Allegations Common to All Counts

13. Federal defendants deny the allegations contained in ¶ 13 of plaintiffs' complaint.

14. With respect to the allegations contained in ¶ 14 of plaintiffs' complaint, federal defendants deny the allegations insofar as they pertain to the United States; with respect to the allegations pertaining to actions by the Mooretown Rancheria of Maidu Indians of California, federal defendants lack knowledge and information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

15. With respect to the allegations contained in ¶¶ 15-17 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

16. With respect to the allegations contained in ¶ 18 of plaintiffs' complaint, federal defendants deny the allegations insofar as they pertain to the United States; with respect to the allegations pertaining to actions by the Mooretown Rancheria of Maidu Indians of California, federal defendants lack knowledge and information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

///
///

17. With respect to the allegations contained in ¶¶ 19-20 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

18. With respect to the allegations contained in ¶ 21 of plaintiffs' complaint, federal defendants deny the allegations insofar as they pertain to the United States; with respect to the allegations pertaining to actions by the Mooretown Rancheria of Maidu Indians of California, federal defendants lack knowledge and information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

19. With respect to the allegations contained in ¶ 22 of plaintiffs' complaint, federal defendants admit that the Mooretown Rancheria of Maidu Indians of California did remove a fountain. Federal defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in said paragraph.

20. With respect to the allegations contained in ¶ 23 of plaintiffs' complaint, federal defendants deny the allegations insofar as they pertain to the United States; with respect to the allegations pertaining to actions by the Mooretown Rancheria of Maidu Indians of California, federal defendants lack knowledge and information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

21. With respect to the allegations contained in ¶ 24 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

22. With respect to the allegations contained in ¶ 25 of plaintiffs' complaint, federal defendants deny the allegations insofar as they pertain to the United States; with respect to the allegations pertaining to actions by the Mooretown Rancheria of Maidu Indians of California, federal defendants lack knowledge and information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

///
///

1  23. With respect to the allegations contained in ¶ 26 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

24. With respect to the allegations contained in ¶ 27 of plaintiffs' complaint, federal defendants deny the allegations insofar as they pertain to the United States; with respect to the allegations pertaining to actions by the Mooretown Rancheria of Maidu Indians of California, federal defendants lack knowledge and information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

25. With respect to the allegations contained in ¶¶ 28-29 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

## FIRST COUNT

Lateral Support and Subsidence - Alleged Property Damage

[California Civil Code § 832]

26. In response to ¶ 30 of plaintiffs' complaint, federal defendants incorporate by reference herein their responses to ¶¶ 1-29 of plaintiffs' complaint as though fully set forth herein.

27. With respect to the allegations contained in ¶¶ 31-37 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

## SECOND COUNT

Subjacent Support - Alleged Property Damage

28. In response to ¶ 38 of plaintiffs' complaint, federal defendants incorporate by reference herein their responses to ¶¶ 1-37 of plaintiffs' complaint as though fully set forth herein.

29. Federal defendants are unable to respond to the vague allegation of "real property situated in Butte County" as contained in ¶ 39 of plaintiffs' complaint and therefore deny the allegations of said paragraph.

///

30. With respect to the allegations contained in ¶¶ 40-43 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

### THIRD COUNT

### Strict Liability - Alleged Property Damage

31. In response to ¶ 44 of plaintiffs' complaint, federal defendants incorporate by reference herein their responses to ¶¶ 1-43 of plaintiffs' complaint as though fully set forth herein.

32. With respect to the allegations contained in ¶¶ 45-47 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

### FOURTH COUNT

### Alleged Negligence - Property Damage

33. In response to ¶ 48 of plaintiffs' complaint, federal defendants incorporate by reference herein their responses to ¶¶ 1-47 of plaintiffs' complaint as though fully set forth herein.

34. Federal defendants deny the allegations contained in ¶¶ 49-51 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

35. With respect to the allegations contained in ¶ 52 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

### FIFTH COUNT

### Alleged Continuing Nuisance - Property Damage

### [California Civil Code § 3479]

36. In response to ¶ 53 of plaintiffs' complaint, federal defendants incorporate by reference herein their responses to ¶¶ 1-52 of plaintiffs' complaint as though fully set forth herein.

///

///

37. With respect to the allegations contained in ¶¶ 54-58 of plaintiffs' complaint, federal defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

38. Paragraphs 59-60 of plaintiffs' complaint contain conclusions of law to which no response is required. To the extent that factual allegations are contained therein, each is denied.

39. With respect to the allegations contained in ¶ 61 of plaintiffs' complaint, federal defendants deny the allegations insofar as they pertain to the United States; with respect to the allegations pertaining to actions by the Mooretown Rancheria of Maidu Indians of California, federal defendants lack knowledge and information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

40. With respect to the allegations contained in ¶ 62 of plaintiffs' complaint, federal defendants deny the allegations insofar as they pertain to the United States; with respect to the allegations pertaining to actions by Doe defendants, federal defendants lack knowledge and information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

SIXTH COUNT

Alleged Continuing Nuisance - Encroachment - Injunctive Relief

[California Civil Code § 3479]

41. In response to ¶ 63 of plaintiffs' complaint, federal defendants incorporate by reference herein their responses to ¶¶ 1-62 of plaintiffs' complaint as though fully set forth herein.

42. Paragraph 64 of plaintiffs' complaint contains conclusions of law to which no response is required. To the extent that factual allegations are contained therein, each is denied.

43. With respect to the allegations contained in ¶ 65 of plaintiffs' complaint, federal defendants deny the allegations insofar as they pertain to the United States; with respect to the allegations pertaining to actions by the Mooretown Rancheria of Maidu Indians of California, federal defendants lack knowledge and information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

44. Federal defendants deny the allegations contained in ¶ 66 of plaintiffs' complaint.

45. Paragraph 67 of plaintiffs' complaint contains plaintiffs' characterization of their suit and remedy to which no response is required. To the extent factual allegations are contained therein, each is denied.

46. Federal defendants deny the allegations contained in ¶ 68 of plaintiffs' complaint.

## SEVENTH COUNT

Alleged Continuing Nuisance - Obstruction of Road to Plaintiffs' Property - Injunctive Relief

[California Civil Code § 3479]

47. In response to ¶ 69 of plaintiffs' complaint, federal defendants incorporate by reference herein their responses to ¶¶ 1-68 of plaintiffs' complaint as though fully set forth herein.

48. Paragraph 70 of plaintiffs' complaint contains conclusions of law to which no response is required. To the extent that factual allegations are contained therein, each is denied.

49. With respect to the allegations contained in ¶ 71 of plaintiffs' complaint, federal defendants deny the allegations insofar as they pertain to the United States; with respect to the allegations pertaining to actions by the Mooretown Rancheria of Maidu Indians of California, federal defendants lack knowledge and information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

50. Federal defendants deny the allegations contained in ¶ 72 of plaintiffs' complaint.

51. Paragraph 73 of plaintiffs' complaint contains plaintiffs' characterization of their suit and remedy to which no response is required. To the extent factual allegations are contained therein, each is denied.

52. Federal defendants deny the allegations contained in ¶ 74 of plaintiffs' complaint.

## EIGHTH COUNT

Injunctive Relief

53. In response to ¶ 75 of plaintiffs' complaint, federal defendants incorporate by reference herein their responses to ¶¶ 1-74 of plaintiffs' complaint as though fully set forth herein.

54. Paragraph 76 of plaintiffs' complaint contains conclusions of law to which no response is required. To the extent that factual allegations are contained therein, each is denied.

55. With respect to the allegations contained in ¶ 77 of plaintiffs' complaint, federal defendants deny the allegations insofar as they pertain to the United States; with respect to the allegations pertaining to actions by the Mooretown Rancheria of Maidu Indians of California, federal defendants lack knowledge and information sufficient to form a belief as to the truth of said allegations and therefore deny the same.

56. Federal defendants deny the allegations contained in ¶ 78 of plaintiffs' complaint.

57. Paragraph 79 of plaintiffs' complaint contains plaintiffs' characterization of their suit and remedy to which no response is required. To the extent factual allegations are contained therein, each is denied.

58. Federal defendants deny the allegations contained in ¶ 80 of plaintiffs' complaint.

59. The paragraphs that follow enumerated paragraph 80 of plaintiffs' complaint contain plaintiffs' prayer for relief, to which no response is required. To the extent that factual allegations are contained therein, federal defendants deny each and every such allegation.

60. Federal defendants specifically deny all of the allegations of the complaint not hereinbefore answered.

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The Mooretown Rancheria of Maidu Indians of California is a necessary and indispensable party that cannot be joined, thus rendering plaintiffs' suit nonjusticiable.

### THIRD AFFIRMATIVE DEFENSE

There is no waiver of sovereign immunity to permit plaintiffs' challenge to the scope of the subject easement pursuant to the Quiet Title Act, 28 U.S.C. § 2409a(a).

### FOURTH AFFIRMATIVE DEFENSE

There is no waiver of sovereign immunity to permit an award of punitive damages against federal defendants.

///

FIFTH AFFIRMATIVE DEFENSE

There is no waiver of sovereign immunity for torts sounding in strict liability.

SIXTH AFFIRMATIVE DEFENSE

There is no waiver of sovereign immunity for attorneys' fees, litigation expenses, or costs of this proceeding.

SEVENTH AFFIRMATIVE DEFENSE

Persons other than federal defendants caused or contributed to plaintiffs' injuries, if any there be.

EIGHTH AFFIRMATIVE DEFENSE

Pursuant to 28 U.S.C. 2675(b), plaintiffs' damages are limited to the amount set forth in the administrative tort claim.

NINTH AFFIRMATIVE DEFENSE

Plaintiffs Spencer Robinson, Jr., Ricke Robinson, Cynthia Robinson and Vickie Robinson have failed to exhaust their administrative remedies.

TENTH AFFIRMATIVE DEFENSE

To the extent that plaintiffs seek damages for possible future use of the easement, such claim is too speculative and not subject to proof.

WHEREFORE, federal defendants pray for judgment dismissing plaintiffs' claims and awarding to federal defendants their costs in this action and for such further relief as the Court deems appropriate.

Respectfully submitted,

DATED: July 19, 2004

McGREGOR W. SCOTT
United States Attorney

By: /s/ Debora F. Luther
DEBORA G. LUTHER
Assistant U.S. Attorney
Attorneys for Federal Defendants

10

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on July 19, 2004, she served a copy of **FEDERAL DEFENDANTS' AMENDED ANSWER** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

John S. Gilmore, Esq.
Marvin E. Richards, Jr., Esq.
Goldsberry, Freeman & Swanson, LLP
777 Twelfth Street, Suite 250
Sacramento, CA 95814

CAROL BROWN