1  JOHN S. GILMORE, SBN: 32491
   GOLDSBERRY, FREEMAN, GUZMAN & DITORA
2  777 Twelfth Street, Suite 250
   Sacramento, California 95814
3  Telephone: (916) 448-0448
   Facsimile: (916) 448-8628
4
   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROBINSON, SPENCER ROBINSON, JR., RICKE ROBINSON, CYNTHIA ROBINSON, VICKIE ROBINSON, ) Plaintiffs, ) vs. ) UNITED STATES OF AMERICA, as Trustee for the Indians of the Mooretown Rancheria, aka MAIDU INDIANS OF CALIFORNIA, DEPARTMENT OF THE INTERIOR [BUREAU OF INDIAN AFFAIRS] and DOES 1 - 50, inclusive, ) Defendants. ) | No.: CIV.S-04-0734 DFL KJM  **SUBSTITUTION OF ATTORNEY** |

**Effective January 1, 2005** Plaintiffs DENNIS ROBINSON, SPENCER ROBINSON, JR., RICKE ROBINSON, CYNTHIA ROBINSON, VICKIE ROBINSON hereby substitute John S. Gilmore of RANDOLPH CREGGER & CHALFANT, LLP, 1030 G Street, Sacramento, California 95814, telephone (916) 443-4443, as attorney of record in place and stead of GOLDSBERRY, FREEMAN, GUZMAN & DITORA, LLP.

/ / /

/ / /

/ / /

SUBSTITUTION OF ATTORNEY

1     I consent to this substitution.

2   DATED: December ___, 2004

3

4                                                 /S/ DENNIS ROBINSON
                                          DENNIS ROBINSON for Plaintiffs

5                                           DENNIS ROBINSON, SPENCER ROBINSON,
                                          JR., RICKE ROBINSON, CYNTHIA

6                                           ROBINSON, VICKIE ROBINSON

7

8     I consent to the above substitution.

  DATED: December ___, 2004         GOLDSBERRY, FREEMAN, GUZMAN & DITORA

9

10

11                                    By: ___/s/ JAMES T. FREEMAN___
                                       JAMES T. FREEMAN

12

13     I accept the above substitution.

  DATED: December ___, 2004         RANDOLPH CREGGER & CHALFANT

14

15

16                                    By: _____/s/ ADRIAN L. RANDOLPH
                                       ADRIAN RANDOLPH

17     SUBSTITUTION OF ATTORNEY IS HEREBY APPROVED.

18   DATED: 4/22/2005

19

20

21                                         DAVID F. LEVI
                                       United States District Judge

22

23

24

25

26

27

28

**PROOF OF SERVICE**
[F.R.C.P. Rule 5]

I am a citizen of the United States, over the age of 18 years, and am not a party to or interested in the within entitled cause. I am an employee of Randolph Cregger & Chalfant.

On the date indicated below, I served the following document(s) described as:

**SUBSTITUTION OF ATTORNEY**

(✓)   I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and know that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth below, I served the aforementioned documents on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing on this date following ordinary business practices, at Sacramento, California, addressed as set forth below.

(__)   by causing a true copy thereof to be personally delivered to the person(s) at the address(es) set forth below.

(__)   via facsimile machine (telefaxed) to the person(s) at the telefax number(s) set forth below.

(__)   by overnight mail (Federal Express, United Parcel Service, Express Mail), in accordance with this firm's usual practice, to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Debora G. Luther | **Attorneys for Defendant** |
| Assistant U.S. Attorney | **UNITED STATES OF AMERICA** |
| United States Attorney | |
| Eastern District of California | Tel: (916) 554-2700 |
| 501 I Street, Suite 10-100 | Fax: (916) 554-2900 |
| Sacramento, CA 95814 | |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct.

Executed on December ___, 2004 at Sacramento, California.


_____
Frances E. Flasshe