IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS ROBINSON, et al.,

      PlaintiffS,               No. CIV S-04-0734 DFL KJM

  vs.

UNITED STATES OF AMERICA,

      Defendant.              <u>ORDER</u>

_____/

      Defendant's motion to stay discovery and plaintiff's motion to compel production of documents came on regularly for hearing May 11, 2005. John Gilmore and Jenny Rim appeared for plaintiffs. Debora Luther appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

      1. The motion to stay discovery is granted in part. Except as set forth below, discovery is stayed pending resolution of defendant's motion to dismiss for lack of subject matter jurisdiction.

      2. No later than May 18, 2005, defendant shall produce, for copying and inspection, the documents referenced or relied on by declarant Patel in the declaration submitted in support of the motion to dismiss. Also by May 18th, defendant shall supplement its initial

1

1 | disclosures.
2 |       3. The motion to compel is denied without prejudice.
3 | DATED: May 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
robinson-usa.oah