JOHN S. GILMORE, SBN: 32491
JENNY J. RIM, SBN: 231584
RANDOLPH CREGGER & CHALFANT
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile: (916) 443-2124

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

DENNIS ROBINSON, SPENCER ROBINSON, JR., RICKE ROBINSON, CYNTHIA ROBINSON, VICKIE ROBINSON,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA, as Trustee for the Indians of the Mooretown Rancheria, aka MAIDU INDIANS OF CALIFORNIA, DEPARTMENT OF THE INTERIOR [BUREAU OF INDIAN AFFAIRS] and DOES 1 - 50, inclusive,

    Defendants.

No.: CIV.S-04-0734 DFL KJM

**DECLARATION OF DENNIS ROBINSON IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS/FOR SUMMARY JUDGMENT**

Date:    **June 22, 2005**
Trial Date:  June 12, 2006
Time:    9:00 a.m.
Courtroom:  7
Judge:   Hon. David F. Levi

I, Dennis Robinson, declare as follows:

  1.  I am one of the plaintiffs herein. The following information is in relation to my family's interests in the subject land located in Butte County, California, in particular Parcels 2, 3 and 4 as described in the Litigation Guarantee, attached as Exhibit 1 to our Complaint and Exhibit 1 (Parcel Maps 119-29) to Plaintiffs' Request for Judicial Notice In Opposition to the Motion to Dismiss of Summary Judgment.

  2.  I am retired from over forty (40) years in construction. My formal education after high school includes three (3) years of community college and two (2) years of engineering studies

at California State University Chico. I have served as a laborer, done outside grading, been an Operating Engineer, was a Foreman for grading and generally outside work. Served as Plant Manager and General Superintendent of a construction company and was General Manager/Secretary and President/General Manager of Robinson Construction, a general engineering contractor (license A185051). That experience involved grading, placement of base rock, paving, site work in subdivisions, work on State of California highways, beaches, parks, County and City roads, and underground placement of utilities.

I am familiar with the reading of blueprints, drawings, maps, and contracts.

Presently, I am in partnership with my family in land development under the name of "Robinson & Sons".

3.      In the mid-1970s, my father, Spencer Robinson, Sr., and Clint Miller purchased approximately six hundred twenty (620) acres, of which the subject parcels are a part. My father's goal was to ultimately develop the land. That purchase included the Parcels 2, 3, and 4 as depicted on Parcel Maps 119-29 duly recorded in Butte County, California.

In about 1978, we built a twenty (20)-foot wide two-lane road known as Alverda Drive, shown on the Parcel Map between Lower Wyandotte Road and Lorene Court. (Alverda is named after my mother and Lorene was Mr. Miller's wife.) That included grading, placement of base rock, cutting ditches, and chip-sealing the surface (a combination of oil and crushed rock–3/8-inch "x" number 6). Thereafter, it was surveyed by licensed surveyors Geddes, Driscoll & Associates (GDA). After the road was built, I am informed and believe and thereon state that deeds were prepared showing the road as a non-exclusive right-of-way or easement for road/utilities, as designated on the Parcel Map 119-29. Later, we extended the road to the eastern border of Parcels 1 and 2. In the late-1980s, Mrs. Miller sold her interest to Tom and Manuela Poole, subject to the identified easement. I am informed and believe and thereon state that in 1991, the Pooles sold Parcel 4 to the Indians of the Mooretown Rancheria, also known as the Maidu Indians of California (Rancheria/Tribe). I am informed and believe and thereon state funding for these purchases was provided in whole or in part by HUD. Within several years, the Pooles sold Parcel 3 and then 1 and 2 to the Rancheria/Tribe.

1    The Robinson Family retained Fee Title to land east of Parcels 1, 2, and 4, access being via
2    the easement. I built my residence on that Robinson property in 1979, and my brother, Ricke, built
3    his house thereon in about 1986. The right-of-way/easement has been used by my family and my
4    brother's family daily since our homes were established. My brother, Spencer, uses the easement
5    to reach the property two to three times or more per week.

6    When my father was alive, he ran approximately 120 head of cattle on that land. We have
7    continued, as part of Robinson & Sons, to raise and sell cattle, which are kept on our identified
8    land.

9    I am informed and believe and thereon state on the basis of documents recorded in the Butte
10   County Recorder's office that the United States holds Parcel 4 in Trust for the Rancheria/Tribe.
11   It also has been deeded the Rancheria/Tribe's interest in the easement in Trust according to those
12   same records.

13   4.    In the mid-1990s, with HUD funding, the Rancheria/Tribe built fifty-five (55)
14   homes in the westerly portion of Parcel 4 north of Alverda Road. Thereafter, they constructed a
15   modular casino. I am informed and believe and thereon state that construction of the casino, as
16   learned through meetings with Rancheria/Tribe officials, was not going to occur.

17   Thereafter, in the late-1990s, a permanent casino was constructed to the east of the homes
18   on Parcel 4. In order to construct the casino building, the Rancheria/Tribe graded the land on
19   Parcel 4 and within the easement to create a level parcel, thereby creating a cut within the boundary
20   of the easement. It appears that the excavation was more than nine (9) feet below the adjacent curb
21   level at the point where the joint property line between the adjoining properties of Robinson,
22   Rancheria/Tribe, and the United States intersect the curb. In doing so, a slope was created which
23   extends twenty (20) feet into the easement over an approximate one hundred (100)-foot length.
24   The slope, therefore, encroaches about 2000 sq. ft. of the easement. If it remains, that portion of
25   the easement cannot be used for road purposes. I am informed and believe and thereon state that
26   several years ago the Rancheria/Tribe had plans to restore the easement slope area to its original
27   condition. That, however, did not occur.

28   Within the last few years, the Rancheria/Tribe constructed a parking lot adjacent to the

**DECLARATION OF DENNIS ROBINSON**                -3-

1   south edge of the subject easement on Parcel 2.  In doing so, it created an encroachment into the
2   easement by a curb (commonly known as a "bull nose") and adjacent concrete walkway.  Also,
3   there is a curb east of the bull nose within the easement as well.  The curb and walkway encroach
4   into the easement by approximately fifteen (15) feet.

5   Within the last few years, the Rancheria/Tribe, at our request made through the United
6   States, removed a fountain that encroached within the center/northwest side of the easement.  It
7   then, however, installed water valves and a power facility within the easement in the same area.

8   Within the last few years, the Rancheria/Tribe installed wrought iron fencing embedded in
9   concrete adjacent to its parking lots to the south (Parcel 2) and north/northeast (Parcel 4) of the
10  easement, encroaching into the easement by approximately fifteen (15) feet on each side.

11  Within the last few years, the Rancheria/Tribe also installed a fire hydrant which I believe
12  is inside the easement.

13  Following construction of the fifty-five (55) homes and, perhaps, the modular casino, the
14  Rancheria/Tribe improved the road we built on Alverda Drive to its junction with Parcels 2 and 3.
15  Later, they improved the road to Lorene Court.  That road shows failures on the north and south
16  sides known as "alligatoring" that should be removed and, at least, patched.

17  On occasion, when our family has used Alverda Drive, particularly during those times when
18  events are being held at the casino, traversing that road is not without difficulty.  This is from
19  personal observation and what I have been told by other family members.  Parking is allowed at
20  the curbs of the reduced-in-size easement, and, on one occasion in recent months, I am informed
21  and believe and thereon state that a portion of our family was blocked for approximately forty-five
22  (45) minutes in traversing the road because of traffic/parking issues.

23  5.      We own, in Fee, approximately three hundred sixty (360) acres generally east of the
24  land owned by the Rancheria/Tribe and the United States in Trust.  As indicated above, the original
25  intent was use and development.

26  Development is in the stage where we are in the process of obtaining evaluations and offers
27  for purchase.

28  Present and future use for the purposes of a subdivision, which we intend on our identified

**DECLARATION OF DENNIS ROBINSON**                -4-

1 property, will require, according to the County of Butte (to which the road is to be dedicated as per
2 Exhibit 1 and attached Parcel Map), appropriate turning lanes, curbs, gutters and sidewalks within
3 the sixty (60)-foot right-of-way/easement adjacent to the casino and parking lots.  I am informed
4 and believe and thereon state the County will require Alverda Drive to be a full 60 foot easement
5 for those purposes.
6     Executed under penalty of perjury at Oroville, Butte County, California, this 7th day of
7 June, 2005.

                                                  ____/S/DENNIS ROBINSON_____
                                                  DENNIS ROBINSON

**DECLARATION OF DENNIS ROBINSON**             -5-