| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORA G. LUTHER<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2720<br>Facsimile: (916) 554-2900<br><br>Attorneys for Defendants<br>United States of America and<br>Department of the Interior | **FILED**<br><br>JUN 1 5 2005<br><br>CLERK, U S DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROBINSON, SPENCER ROBINSTON, JR., RICKE ROBINSON, CYNTHIA ROBINSON, VICKIE ROBINSON.<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES OF AMERICA, as Trustee for the Indians of the Mooretown Rancheria, aka MAIDU INDIANS OF CALIFORNIA, DEPARTMENT OF THE INTERIOR [BUREAU OF INDIAN AFFAIRS] and DOES 1-50 inclusive,<br><br>　　　　　Defendants. | CASE NO. CIV S-04-0734 DFL KJM<br><br>NOTICE OF LODGING OF OVERSIZED MAP<br><br>DATE:　　　June 22, 2005<br>TIME:　　　9:00 a.m.<br>COURTROOM:　7 |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendants have lodged with the district court a copy in its original dimensions of the map that appears at page 30 to the exhibit attached to the declaration of Fred Doka, Jr. For purposes of electronic filing, the map was reduced to 8-1/2" x 11".

Dated: June 15, 2005

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ Debora G. Luther
DEBORA G. LUTHER
Assistant U.S. Attorney
Attorneys for Federal Defendants