JOHN S. GILMORE, SBN: 32491
JENNY J. RIM, SBN: 231584
RANDOLPH CREGGER & CHALFANT
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile: (916) 443-2124

Attorneys for Plaintiffs
DENNIS ROBINSON, et al.

McGREGOR W. SCOTT
United States Attorney
DEBORA G. LUTHER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720

Attorneys Defendants
United States of America and
Department of the Interior
[Bureau of Indian Affairs]
(collectively, "Federal Defendants")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROBINSON, SPENCER ROBINSON, JR., RICKE ROBINSON, CYNTHIA ROBINSON, VICKIE ROBINSON, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, as Trustee for the Indians of the Mooretown Rancheria, aka MAIDU INDIANS OF CALIFORNIA, DEPARTMENT OF THE INTERIOR [BUREAU OF INDIAN AFFAIRS] and DOES 1 - 50, inclusive, <br><br> Defendants. | No.: CIV.S-04-0734 DFL KJM <br><br> **STIPULATION AND ORDER TO TEMPORARILY STAY PROCEEDINGS [LR 83-141]** |

STIPULATION/ORDER TO TEMPORARILY STAY PROCEEDINGS

The parties, by and through their respective counsel, hereby stipulate that this matter may be stayed for three months from the date of order thereon. Cause therefore is that currently negotiations are taking place between the Mooretown Rancheria of Maidu Indians of California ("Rancheria") and Plaintiffs. If successful, those negotiations may resolve or moot the above referenced action. Therefore, the parties agree that a stay of the action is appropriate to permit a continuation of those efforts which Plaintiffs believe can be concluded in three months.

Respectfully submitted,

DATED: January 11, 2006   RANDOLPH CREGGER & CHALFANT LLP

By: -  /s/ John S. Gilmore
JOHN S. GILMORE
Attorneys for Plaintiffs

DATED: January 24, 2006   McGREGOR W. SCOTT
United States Attorney

By:   /s/ Debora G. Luther
DEBORA G. LUTHER
Assistant U.S. Attorney
Attorneys for Federal Defendants

1  ORDER

2      FOR GOOD CAUSE shown, it is hereby ORDERED that this action be stayed for a
3  period of three months, commencing with the date entered below.  Fourteen days prior to the
4  expiration of the stay, the parties shall submit a joint status report to the Court.
5      IT IS SO ORDERED.

7  DATED: 1/30/2006

10  _____
    DAVID F. LEVI
11  United States District Judge