```
                  UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF CALIFORNIA
```

 ROBINSON, et al.    v.    UNITED STATES OF AMERICA, et al. 

DATE:   June 11, 2010          CASE NO.    2:04-cv-00734-RRB-KJM 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **RE MOTION PRACTICE**

---

Parties shall file motions without obtaining a hearing date. Oppositions to motions shall be filed within 14 days from service and replies within 7 days from service. Motions filed under Federal Civil Rule 12(b) and (c) and Rule 56 have response times for oppositions of 21 days from service and replies of 14 days from service.

Motions will be ruled on based on the filings. However, if a hearing is desired by any party, a request for oral argument shall be filed. If it is determined that oral argument is necessary, a hearing will be scheduled and notice given to parties. Hearings will be held and recorded in Anchorage, Alaska, with parties and counsel attending telephonically.