JOHN S. GILMORE, SBN: 32491
RANDOLPH CREGGER & CHALFANT
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile: (916) 443-2124

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROBINSON, SPENCER ROBINSON, JR., RICKE ROBINSON, CYNTHIA ROBINSON, VICKIE ROBINSON,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, individually and as Trustee for the Indians of the Mooretown Rancheria, aka MAIDU INDIANS OF CALIFORNIA, and DOES 1 - 1000, inclusive,<br><br>Defendants. | No.: 2:04-CV-00734 RRB KJM<br><br>**PLAINTIFFS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: TBA<br>Time: TBA<br>Judge: The Honorable Ralph R. Beistline |

Plaintiffs DENNIS ROBINSON, SPENCER ROBINSON, JR., RICKE ROBINSON, CYNTHIA ROBINSON, VICKIE ROBINSON hereby request the Court take judicial notice of the following in supplement to their original request for judicial notice dated June 8, 2005:

1. Amended Statement of Undisputed Facts in Opposition to Defendants' Motions to Dismiss/for Summary Judgment, served 6/14/05, pp. 138-149, Doc. #31, attached hereto as Exhibit 1.

2. Declaration of Dennis Robinson in Opposition to Defendants' Motions to Dismiss/for Summary Judgment, served 6/14/05, pp. 150-154, Doc. #29, attached hereto as Exhibit 2.

3. Declaration of John S. Gilmore in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss/for Summary Judgment with attachments, served 6/14/05, pp. 183-224, Doc.

|   |    |    |
|---|----|----|
| 1 |    | #28, attached hereto as Exhibit 3. |
| 2 | 4. | Declaration of Jenny J. Rim in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss/for Summary Judgment with attachments, served 6/14/05, pp. 225-306, Doc. #28, attached hereto as Exhibit 4. |
| 5 | 5. | Request for Judicial Notice in Support of Opposition to Defendants' Motions to Dismiss/for Summary Judgment, served 6/14/05, pp. 307-367, Doc. #28, attached hereto as Exhibit 5. |
| 7 | 6. | Deleted. |
| 8 | 7. | Litigation Guarantee of 8/1/00, attached to First Amended Complaint, as Exhibit 1. |
| 9 | 8. | United States Exhibits attached to its motion to dismiss Plaintiffs' First Amended Complaint attaches photographs identified as Exhibits B-1 - B-23, originally attached to Plaintiff's Federal Tort Act Claim dated 6/23/03. Those photographs are incorporated herein by reference as if set forth in full. |
| 13 | 9. | Reporters' Transcript of hearing on Defendants' Motions to Dismiss/for Summary Judgment, 6/22/05, pp. 1-34, attached hereto as Exhibit 9. |

DATED: April 4, 2011                    RANDOLPH CREGGER & CHALFANT LLP


                                        By: /s/ John S. Gilmore
                                            JOHN S. GILMORE
                                            Attorneys for Plaintiffs